**FILED**

APR 2 5 2011

IN THE UNITED STATES DISTRICT COURT   Clerk ᴗ. ᴗ. ᴗ. ᴗourt
FOR THE DISTRICT OF KANSAS   By ᴗ ᴗ Deputy Clerk

UNITED STATES OF AMERICA,

            Plaintiff,

vs.                                                Case No. 11-8043-JPO

EDGAR GONZALEZ,

            Defendant.

## CRIMINAL COMPLAINT

I, Special Agent Donald J. Albracht, the undersigned affiant/complainant being

duly sworn, state the following is true and correct to the best of my knowledge and

belief, and establishes probable cause that the following offense has been committed:

### Count 1

On or about June 2, 2010, in the District of Kansas, the defendant,

EDGAR GONZALEZ, traveled in interstate commerce from the State of

Kansas with the intent to avoid prosecution under the laws of the State of

Kansas for a crime which is a felony under the laws of the State of

Kansas, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation

(FBI), and have been for more than 27 years. This complaint is based on the following

facts, which are known to me through my personal involvement in the investigation of

this case, through my discussions with other law enforcement officers who are familiar

with the facts of this case, and through my review of reports prepared by other law enforcement officials:

On June 2, 2010, Edgar Gonzalez was charged with first degree murder, aggravated robbery, conspiracy to commit aggravated robbery, and arson in the District Court of Wyandotte County, Kansas, case no. 10CR0688.

The investigation showed that on or about May 27, 2010, Edgar Gonzalez and co-conspirators robbed and murdered Giovani Martinez-Carino in Kansas City, Kansas, then set fire to a car which contained the victim's body.

The investigation also showed that on or about June 2, 2010, Edgar Gonzalez traveled in interstate commerce from the State of Kansas, with the intent to avoid prosecution for those crimes, which are felonies under the laws of the State of Kansas.

Within days of the crimes, a co-conspirator identified Gonzalez as a participant, and the Kansas City, Kansas, (KCK) police attempted to arrest Gonzalez. However, he had vacated his last known residence, and a neighbor who knows the Gonzalez family indicated he fled to Texas. Gonzalez reportedly has relatives in Texas and also just across the border in Mexico. The KCK police have been unable to find him in KCK.

Based on the foregoing facts and circumstances, I believe that there is probable cause that the defendant, Edgar Gonzalez, has fled the State of Kansas and traveled in interstate commerce in an attempt to avoid prosecution for the crimes of first degree murder, aggravated robbery, conspiracy to commit aggravated robbery, and arson, all

2

of which are felonies in the State of Kansas, in violation of Title 18, United States Code,

Section 1073.

DONALD J. ALBRACHT, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 25th day of April,

2011, at Kansas City, Kansas.

JAMES P. O'HARA
United States Magistrate Judge
District of Kansas

3